| | |
|---|---|
| PROB 22 (Rev. 2/88) | DOCKET NUMBERS *(Tran. Court)* <br> CR 17-35-BLG-SPW-01 |
| **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* <br> 0:20-CR-00111(PJS) |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| **NOAH ROGER WASHA** | **District of Montana** | **Billings** |
| | NAME OF SENTENCING JUDGE <br> **Susan P. Watters, U. S. District Court Judge** | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 06/19/2020    TO 06/18/2030 |

| OFFENSE <br> Title and Section <br> 18 U.S.C.§ 2252A(a)(5)(B) and 2252A(b)(2) | POSSESSION OF CHILD PORNOGRAPHY |
|---|---|

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **DISTRICT OF MONTANA**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the **District of Minnesota** upon that Courts order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

6-15-2020                       *Susan P. Watters* <br>
Date                             United States District Court Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **DISTRICT OF MINNESOTA**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

June 17, 2020                 *Patrick J. Schiltz* <br>
Effective Date               United States District Court Judge, Patrick J. Schiltz